**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MARIO MIMS,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **CIVIL ACTION 07-0790-CG-B** |
| | : | |
| **WARDEN JERRY FERRELL, <u>et</u> <u>al</u>.,** | : | |
| | : | |
| **Respondents.** | : | |

<u>**JUDGMENT**</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby

**DISMISSED** without prejudice.

**DONE and ORDERED** this 8th day of October, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE